JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|   |   |
|---|---|
| PETER IVAN McNEAL, | ) Case No. CV 18-6964-JGB (JPR) |
| Petitioner, | ) **J U D G M E N T** |
| v. | ) |
| JAMES HILL, Acting Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 11, 2021

JESUS G. BERNAL
U.S. DISTRICT JUDGE